NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MANCY N. THOMPSON, JR.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5057

---

Appeal from the United States Court of Federal Claims in case no. 09-CV-264, Judge Lawrence J. Block.

---

## ORDER

Upon review of the responses of the appellant and appellee to this court's order to show cause, it appears that the appeal may have been timely filed.

Accordingly,

IT IS ORDERED THAT:

The stay of the briefing schedule is lifted. The appellee's brief is due within 30 days of the date of filing of this order.

FOR THE COURT

___DEC 2 2 2011___
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Mancy N. Thompson, Jr.
Renee Gerber, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 2 2011

JAN HORBALY
CLERK